**FILED**
FEB 27 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH S. CRANSHAW | **19CR 167**<br><br>Violations: Title 18, United States Code, Section 922(g)(1)<br><br>**JUDGE CHANG**<br><br>**MAGISTRATE JUDGE KIM** |

### COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about November 14, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

KENNETH S. CRANSHAW,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Taurus Millennium G2, 9 mm semiautomatic pistol, bearing serial number TKN20169, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 11, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

KENNETH S. CRANSHAW,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Ruger SR22P, .22 caliber semiautomatic pistol, bearing serial number 365-42331, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, Defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus Millennium G2, 9 mm semiautomatic pistol, bearing serial number TKN20169, and associated ammunition, a Ruger SR22P, .22 caliber semiautomatic pistol, bearing serial number 365-42331, and associated ammunition, and a single .22 caliber round of ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY